**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1870**

MARTIN L. MAY,

        Plaintiff - Appellant,

    v.

RHA, Attn: John White-Chief Ethics Compliance Ofcr.,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:15-cv-00291-MR-DLH)

Submitted: March 30, 2017        Decided: April 18, 2017

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin L. May, Appellant Pro Se. Randall D. Avram, Jennifer Rasile Everitt, KILPATRICK TOWNSEND & STOCKTON, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin L. May appeals the district court's order accepting the recommendation of the magistrate judge and dismissing May's employment discrimination action as time-barred. We have reviewed the record and find no reversible error. Accordingly, we grant May's application to proceed in forma pauperis and affirm for the reasons stated by the district court. May v. RHA, No. 1:15-cv-00291-MR-DLH (W.D.N.C. July 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED